IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| PAUL GENE PLEMONS, | § | |
| Petitioner, | § | |
| v. | § | 2:16-CV-0073 |
| JOEL W. RICHARDSON, Sheriff, Randall County, Texas, | § | |
| Respondent. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

On September 16, 2016, the Court ordered petitioner to submit to the Court a form Petition for a Writ of Habeas Corpus by a Person in State Custody. On November 3, 2016, having failed to receive the form habeas application from petitioner, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending petitioner's application for a writ of habeas corpus be dismissed for failure to comply with the court order and for want of prosecution. As of this date, petitioner has not filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, this case is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this _21st_ day of _November_ 2016.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE